IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KIM DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-0808-CV-W-ODS-SSA |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pending is Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act. Doc. #17. Plaintiff seeks attorney's fees in the amount of $6,136.40. *Id.* Defendant does not oppose the motion. Doc. #18. After reviewing the record, and for good cause shown, Plaintiff's motion is granted. Plaintiff is hereby awarded attorney's fees in the amount of $6,136.40.

Plaintiff's award is subject to federal administrative offset for Plaintiff's outstanding federal debts, if any. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2527 (2010). Plaintiff has not yet filed an assignment of fees to her attorney. Doc. #17-2. If Plaintiff files an assignment of fees such that any award is payable directly to her attorney, the Commissioner may satisfy any debt Plaintiff owes to the Department of the Treasury prior to payment directly to Plaintiff's attorney.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: July 1, 2016     UNITED STATES DISTRICT COURT